No. 98–7663. SHORT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7664. POLK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7665. SANTOYO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7666. PALOMO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7669. NGUYEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7670. PETREYKOV ET AL. v. SPITZER, ATTORNEY GENERAL OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–7671. THORPE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7672. TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7676. BINDLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7677. BENDEK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7681. AGUILERA v. WEARE, CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7683. EMUCHAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7684. GUZEY v. LAW OFFICES OF HOWARD A. KAPP. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–7685. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7691. FEDD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.